UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD G. TURAY,

                    Plaintiffs,

  v.

WASHINGTON STATE DEPARTMNENT
OF SOCIAL HEALTH SERVICES, et al.

                    Defendants.

CASE NO.  C10-5533RJB/JRC

ORDER GRANTING
APPLICATION TO PROCEED

      The Court, having reviewed plaintiff' Turay's application to proceed in forma pauperis, does hereby find and ORDER.

      Plaintiff's application for leave to proceed in forma pauperis (Dkt. # 1) is GRANTED. Plaintiff does not appear to be in custody, and plaintiff does not appear to have funds available to afford the $350.00 filing fee.  Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

      The Clerk is directed to mail a copy of this Order to Plaintiff.

      DATED this 18th day August, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1