UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD G. TURAY,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL HEALTH SERVICES, et al.,

    Defendants.

CASE NO.  C10-5533RJB/JRC

ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.  The matter is before the court on plaintiff's proposed motion for appointment of counsel (DKT # 1) and plaintiff's motion for appointment of counsel (DKT #6).

    There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court can request counsel to represent a party, 28 U.S.C. § 1915(e) (1), the court

ORDER - 1

may do so only in exceptional circumstances.  Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980).  A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.  Wilborn, 789 F.2d at 1331.

Plaintiff has demonstrated an adequate ability to articulate his claims pro se.  Contrary to his assertions, the case is not complex and involves the single issue of whether Mr. Turay should be allowed to wear dark sun glasses for an alleged medical condition.  Plaintiff has not made an argument regarding the likelihood of success on the merits.

The motion for appointment of counsel is **DENIED**

DATED this 23rd day of August, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2