|   |
|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA |

RICHARD G. TURAY,

        Plaintiff,

    v.

WHASHINGTON STATE DEPARTMENT
OF SOCIAL HEALTH SERVICES, et al.,

        Defendants.

CASE NO.  C10-5533RJB/JRC

ORDER TO PROVIDE SERVICE DOCUMENTS

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.  On August 3, 2010, the clerk's office sent plaintiff a letter regarding copies that are needed to effect service (Dkt. # 2).  The letter gave plaintiff until September 3, 2010, to cure this defect.  As of September 28, 2010, the court file does not reflect the defect has been cured.

ORDER - 1

1     Plaintiff has until October 22, 2010, to either cure the defect or show cause why this action should not be dismissed for lack of prosecution.

    The Clerk's Office is directed send plaintiff a copy of this order and note the October 22, 2010, due date on the court's calendar.

    DATED this 28th day of September, 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER - 2