UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD G. TURAY,

    Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT
OF SOCIAL HEALTH SERVICES, et al.,

    Defendants.

CASE NO. C10-5533RJB/JRC

ORDER TO PROVIDE MORE
DEFINITE STATEMENT/AMEND
COMPLAINT

    This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court is defendant's motion for a more definite statement (ECF No. 35). Defendants note that the complaint does not contain statements how each individual defendant had violated plaintiff's rights and contains claims that were settled in other litigation and are time barred. The motion for a more definite statement is GRANTED.

    An amended complaint will be filed on or before February 11, 2011. Failure to file an amended complaint will result in a Report and Recommendation that this action be dismissed for

ORDER - 1

failure to prosecute and failure to comply with a court order. The scheduling order filed in this case, (ECF No. 34), is no longer in effect.

The Clerk's Office is directed send plaintiff a copy of this order and note the February 11, 2011, due date on the court's calendar.

DATED this 3rd day of January, 2011.

J. Richard Creatura
United States Magistrate Judge