UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD G. TURAY,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL HEALTH SERVICES, et al.,

    Defendants.

CASE NO. C10-5533RJB/JRC

ORDER

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

Before the court is a motion to stay this action (ECF No. 40). The motion was filed the same day that plaintiff filed a notice of appeal. The appeal divests this court of jurisdiction to consider this motion.

Until the action is returned there should be no further filings in this action.

The clerk of court is directed to remove ECF No. 40 from the court calendar.

DATED this 8th day of March, 2011.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER - 1