UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD G. TURAY,<br><br>           Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL HEALTH SERVICES, et al.,<br><br>           Defendants. | CASE NO. C10-5533RJB/JRC<br><br>ORDER |

      This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. The case has been on appeal. On March 17, 2011, the Ninth Circuit entered an order returning the case to this court (ECF No. 45).

      The court granted a motion for a more definite statement on January 3, 2011, (ECF No. 38). The day the amended complaint was due, plaintiff filed a notice of appeal (ECF No. 41). Plaintiff now has ten days to file an amended complaint. The amended complaint is due on or

ORDER - 1

before April 4, 2011. If the amended complaint does not cure the defects in the filings, the court will recommend dismissal of this action.

The clerk's office is instructed to send plaintiff a copy of this order and note the April 4, 2011, due date for the amended complaint.

DATED this 23rd day of March, 2011.

J. Richard Creatura
United States Magistrate Judge