UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD G. TURAY,<br><br>       Plaintiff,<br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF<br>SOCIAL AND HEALTH SERVICES, et al.,<br><br>       Defendants. | No. 10-5533RJB/JRC<br><br>REPORT AND RECOMMENDATION |

  This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

  This matter comes before the court upon plaintiff's motion for voluntary dismissal without prejudice (ECF No. 47). Counsel representing all defendants has responded and they do not object to dismissal without prejudice (ECF Nos. 48 and 49). Accordingly, pursuant to Fed. R. Civ. P. 41 (a) (1) this matter should be DISMISSED WITHOUT PREJUDICE.

REPORT AND RECOMMENDATION- 1

Because the parties are stipulating to voluntary dismissal, this Report and Recommendation is not subject to the usual fourteen (14) day period for objections.

DATED this 12th day of April, 2011.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2