UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD G. TURAY,

    Plaintiffs,

v.

STATE OF WASHINGTON DEPARTMENT OF SOCIAL HEALTH SERVICES, et al,

    Defendants.

Case No. C10-5533RJB/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation (Dkt. 51).

2. The plaintiff's motion to dismiss this action without prejudice is GRANTED.

3. The Clerk is directed to send copies of this Order to plaintiffs, and to the Hon. J. Richard Creatura.

DATED this 13th day of April, 2011.

*(signature)*

ROBERT J. BRYAN
United States District Judge

ORDER - 1