# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD G. TURAY,,

JUDGMENT IN A CIVIL CASE

v.

Case No. C10-5533RJB/JRC

STATE OF WASHINGTON DEPARTMENT
OF SOCIAL HEALTH SERVICES, et al,

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. The Court adopts the Report and Recommendation (Dkt. 51).

2. The plaintiff's motion to dismiss this action without prejudice is GRANTED.

| April 13, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk